District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AHMED ABU SIDO and BAYAN ALHADIDI,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW WHITAKER, *et al.*,<br><br>Defendants. | CASE NO. 18-cv-01873-JLR<br><br>JOINT STIPULATION AND [PROPOSED] ORDER HOLDING CASE IN ABEYANCE<br><br>Noted for Consideration on:<br>February 28, 2019 |

## JOINT STIPULATION

Petitioners bring this litigation pursuant to the Mandamus Act and the Administrative Procedure Act, seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Petitioners' I-485 applications. Dkt. No. 1. Respondents have yet to answer the Petition.

On January 30, 2019, USCIS sent out Requests for Evidence on Remand (RFEs) to Petitioners. Petitioners have until April 27, 2019 to respond. In order to give Petitioners sufficient time to respond to the RFEs, and USCIS sufficient time to review Petitioners' responses, the parties, through their counsel, jointly request that the Court hold this matter in abeyance for a period not to exceed 90 days. The parties agree that

JOINT STIPULATION AND PROPOSED MOTION
HOLDING CASE IN ABEYANCE
C18-1873 JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

this is an acceptable timeframe, and recognize the possibility that this process may moot Petitioners' claims.

Accordingly, the parties hereby STIPULATE AND AGREE, AND JOINTLY REQUEST, that the Court hold this case in abeyance, and order the parties to file a joint status report within 90 days after entry of the proposed Order.

SO STIPULATED.

DATED this 28th day of February, 2019.

BRIAN T. MORAN
United States Attorney

/s/ Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

SO STIPULATED.

DATED this 28th day of February, 2019.

/s/ Amanda Misasi
AMANDA MISASI, WSBA #53699
CAIR-Washington
1511 Third Avenue, Suite 701
Seattle, WA 98101
Phone: 206-367-4081
Email: amisasi@cair.com


/s/ Jennifer E. Nimer  PHV
JENNIFER E. NIMER, OH Bar#0079475
NIMER LAW LLC
6500 Emerald Pkwy, Suite 100
Dublin, OH 43016
Phone: 614-927-0550

JOINT STIPULATION AND PROPOSED MOTION
HOLDING CASE IN ABEYANCE
C18-1873 JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Email:  jnimer@nimerlaw.com

*Attorneys for Plaintiff*

JOINT STIPULATION AND PROPOSED MOTION
HOLDING CASE IN ABEYANCE
C18-1873 JLR - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## [~~PROPOSED~~] ORDER 

The Parties having so stipulated and agreed, the Court hereby ORDERS that this action shall be held in abeyance for 90 days from the date of this Order, and the parties shall file a Joint Status Report with the Court on or before the conclusion of the 90-day period.

DATED this 4th day of March, 2019.

_____
DISTRICT JUDGE JAMES L. ROBART
UNITED STATES DISTRICT COURT

JOINT STIPULATION AND PROPOSED MOTION
HOLDING CASE IN ABEYANCE
C18-1873 JLR - 4

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970