District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AHMED ABU SIDO and BAYAN ALHADIDI,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW WHITAKER, et al.,<br><br>Defendants. | CASE NO. 18-cv-01873-JLR<br><br>STIPULATED ORDER FOR DISMISSAL<br><br>Noted for Consideration on:<br>May 10, 2019 |

The above-captioned action having been resolved, all parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal with prejudice of the above-captioned action, with each party to bear their own fees or costs.

Respectfully submitted,

DATED this 10th day of May, 2019.

BRIAN T. MORAN
United States Attorney

*/s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657

STIPULATED ORDER FOR DISMISSAL
C18-1873 JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

```
 1    Assistant United States Attorney
      United States Attorney's Office
 2    700 Stewart Street, Suite 5220
      Seattle, Washington 98101-1271
 3    Phone: 206-553-7970
      Email: michelle.lambert@usdoj.gov
 4    Attorneys for Defendants
 5

 6
      /s/ Amanda Misasi
 7    AMANDA MISASI, WSBA #53699
      CAIR-Washington
 8    1511 Third Avenue, Suite 701
      Seattle, WA 98101
 9    Phone: 206-367-4081
      Email: amisasi@cair.com
10

11
12
      /s/ Jennifer E. Nimer  PHV
13    JENNIFER E. NIMER, OH Bar#0079475
      NIMER LAW LLC
14    6500 Emerald Pkwy, Suite 100
      Dublin, OH 43016
15    Phone: 614-927-0550
      Email: jnimer@nimerlaw.com
16
17
18
      Attorneys for Plaintiff
19
20
21
22
23
24
25
26
27
28
```

STIPULATED ORDER FOR DISMISSAL
C18-1873 JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Parties' Stipulation and Order for Dismissal is GRANTED for the reasons set forth in the Stipulation.

SO ORDERED.

DATED this 13th day of May, 2019.

_____
DISTRICT JUDGE JAMES L. ROBART
UNITED STATES DISTRICT COURT

STIPULATED ORDER FOR DISMISSAL
C18-1873 JLR - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970